UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

v.

CORNELIUS FERNANDEZ BATES,
                Defendant.
------------------------------------------------------------x

**ORDER**

12 CR 497 (VB)

      Defendant Cornelius Fernandez Bates has filed a motion for a reduction of sentence pursuant to 18 U.S.C. § 3582(c)(1)(A)(i). (Doc. #22).

      The government is directed to file a response to the motion by June 18, 2021.

      Chambers will mail a copy of this Order to defendant at the following address:

Cornelius Fernandez Bates
1225 Rancho Frontera
Calexico, CA 92231

Dated: June 4, 2021
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/4/21

Copies Mailed/Faxed 6-4-21
Chambers of Vincent L. Briccetti